United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 13, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 04-60147
Summary Calendar

———————————

CEDRIC TOGBA BOBOY,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A95 227 365
--------------------

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:*

Petitioner Cedric Togba Boboy, a native and citizen of the
Democratic Republic of Congo, petitions this court for review of a
decision of the Board of Immigration Appeals (BIA) denying his
application for asylum and withholding of removal under the
Convention Against Torture. Boboy also seeks the appointment of
counsel. As Boboy has since obtained private counsel, his motion
is DENIED as moot.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

In rejecting Boboy's appeal, the BIA adopted the Immigration Judge's (IJ) findings that Boboy lacked credibility. We hold that the IJ's credibility findings were reasonable and supported by substantial evidence. See Chun v. INS, 40 F.3d 76, 79 (5th Cir. 1994). Accordingly, Boboy's petition for review is DENIED.